UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN MOORE AND 5,629 OTHER INDIVIDUALS,

                      Petitioners,

-against-

MLB ADVANCE MEDIA, L.P.,

                      Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/14/2025_

25 Civ. 2880 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 7, 2025, Petitioners, a group of 5,630 individuals represented by the same counsel, filed a petition to compel arbitration. ECF No. 1. As long as each petitioner remains represented by the same counsel, the Court finds it impracticable and unnecessary for each individual petitioner to be listed as a party in the case caption and on the docket of the Court's CM/ECF system. The Court further finds that it would require an unreasonable use of court resources to correct the docket as it currently stands. To resolve these technical difficulties in the most efficient manner possible, the Court directs as follows:

1. This case shall be moved to a new docket and assigned a new case number. Accordingly, the Clerk of Court is respectfully directed to close this case and open a new case. The closing of this case and opening of the new case are ministerial acts that shall have no substantive or procedural impact on any party's rights or obligations in this matter.
2. The Court shall take judicial notice of the filing fee paid in this case, No. 25 Civ. 2880 (AT), and shall not require Petitioners to pay the filing fee in connection with the new case.
3. To facilitate the opening of the new case, Petitioners' counsel shall promptly contact CaseOpenings@nysd.uscourts.gov to provide a corrected petition in PDF format that complies with the instructions provided by the Clerk in the April 8, 2025 docket entry on this docket.
4. The filing date of Petitioners' new case shall relate back to this case. Accordingly, the Clerk of Court is respectfully directed to indicate on the docket of the new case that the petition, and any exhibits to be attached to it, were filed on April 7, 2025.
5. The new case shall be assigned to the undersigned, and the Honorable Barbara C. Moses shall be designated to handle matters that may be referred in the new case.

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge