# EXHIBIT Q



Northeast Case Management Center
Heather Santo
Vice President
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053

November 13, 2024

Melissa H. Nafash, Esq.
Labaton, Keller & Sucharow LLP
140 Broadway
New York, NY 10005
Via Email to: mnafash@labaton.com

Alan Littmann, Esq.
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Via Email to: alittmann@goldmanismail.com

Case Number: 01-24-0007-6945

Individual Claimants
-vs-
MLB Advanced Media, L.P.

Dear Parties:

As noted in our previous letter dated October 2, 2024, MLB Advanced Media, L.P. was responsible for payment of the Initiation Fee in the amount of $8,125.00. As we are not in receipt of the referenced payment, we are declining to administer the 763 California-locale cases pursuant to California Code of Civil Procedure 1281.97

Pursuant to R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the stated closing date.

Regarding the remaining 4,982 non-California locale arbitrations, we ask Respondent, MLB Advanced Media, L.P., to advise of their intention to pay the Initiation Fee. If Respondent does intend to pay the Initiation Fee, we will allow until **November 20, 2024** for them to do so.

Alternatively, if Claimants are willing to advance payment of Respondent's Initiation Fee for the 4,982 non-California locale arbitrations and seek recovery through an Arbitrator's order, please let us know and the AAA will issue an invoice to Claimants. **Claimants are not obligated to pay this fee and have complied with the AAA's Rules and filing requirements.** Should Claimants choose to pay Respondent's portion of the Initiation fee, Claimants may be responsible for future arbitrators' compensation if Respondent refuses to participate in the arbitrations. Please refer to our rules regarding arbitration in the absence of a party or representative.

If we do not receive payment from either party, or notice of intention to pay by **November 20, 2024,** we will cease administration of these disputes.

If you have any questions, please let us know.

Sincerely,
/s/
Rachel Jacobsen

Manager of ADR Services
Direct Dial: (612)278-5128
Email: RachelJacobsen@adr.org
Fax: (612)342-2334

Supervisor Information: *Tacy Zysk, Assistant Vice President of ADR Operations, [TacyZysk@adr.org](TacyZysk@adr.org), (401)431-4711*

cc:    Woodworth B. Winmill
        Alejandra Chavez
        Shannon Tully
        Jonathan Gardner
        Tiffany Steele