UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN MOORE AND 5,629 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>– vs –<br><br>MLB ADVANCE MEDIA, L.P.<br><br>Respondent. | Case No.: 1:25-cv-02880<br><br>NOTICE OF MOTION<br>TO COMPEL ARBITRATION |

**PLEASE TAKE NOTICE**, that upon the annexed Petition to Compel Arbitration with the exhibits attached thereto and the accompanying Memorandum of Law in Support of the Petition, Petitioners, Ian Moore and the 5,629 other individuals, by and through their attorneys, will move this Court, located at 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an Order, pursuant to the Federal Arbitration Act (9 U.S.C. § 4), compelling Respondent MLB Advanced Media, L.P.'s participation in arbitration under the binding arbitration clause in Respondent's Terms of Use Agreement and further requiring, pursuant to California Code of Civil Procedure § 1281.97, Respondent to pay reasonable attorney's fees and costs incurred by the Petitioners residing in California.

Dated: New York, New York
       April 8, 2025

**LABATON KELLER SUCHAROW LLP**

By: _____
Jonathan D. Waisnor
140 Broadway, 34th Fl.
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jwaisnor@labaton.com
*Attorneys for Petitioners*