```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN MOORE AND 5,629 OTHER INDIVIDUALS,

        Petitioners,

-against-

MLB ADVANCE MEDIA, L.P.,

        Respondent.

25 Civ. 3121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioners' motion to compel arbitration. ECF Nos. 2, 4–5. Accordingly:

1. By **May 9, 2025**, Respondent shall file its opposition; and
2. By **May 23, 2025**, Petitioners shall file their reply, if any.

By **April 18, 2025**, Petitioners shall serve a copy of the motion, the accompanying exhibits and memorandum of law, and this order upon Respondent by personal service. By **April 21, 2025**, Petitioners shall file an affidavit of such service on the docket.

SO ORDERED.

Dated: April 16, 2025
       New York, New York

                                       ANALISA TORRES
                                    United States District Judge