**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IAN MOORE AND 5,629 OTHER INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>MLB ADVANCED MEDIA, L.P.,<br><br>Respondent. | Case No. 1:25-cv-03121-AT |

**JOINT STATUS REPORT**

Petitioners and Respondent MLB Advanced Media, L.P. ("MLBAM"), submit this status report in accordance with this Court's Order dated March 27, 2026.

1. Petitioners intend to file a renewed Motion to Compel Arbitration on behalf of a subset of Petitioners. Petitioners intend to stipulate to or otherwise seek voluntary dismissal of all Petitioners on whose behalf a renewed motion will not be filed on or before the date of their anticipated renewed Motion.

2. MLBAM does not intend to renew its Cross-Motion to Sever.

3. Petitioners and MLBAM have conferred, through counsel, and have agreed to the following briefing schedule for Petitioners' Renewed Motion, which the parties respectfully request that the court so-order:

   a. Petitioners' renewed motion to compel arbitration and supporting papers shall be filed on or before **August 18, 2026**;

   b. MLBAM's opposition to the renewed motion shall be filed on or before **September 15, 2026**; and

c. Petitioners' reply in further support of the renewed motion shall be filed on or before **October 6, 2026.**

July 13, 2026

Respectfully Submitted,

**LABATON KELLER SUCHAROW LLP**

By: */s/ Alexander F. Schlow*
Alexander F. Schlow

LABATON KELLER SUCHAROW LLP
Jonathan D. Waisnor
Alexander F. Schlow
140 Broadway, 34th FL
New York, New York 10005
Tel.: (212) 907-0700
Fax.: (212) 907-7039
jwaisnor@labaton.com
aschlow@labaton.com

*Counsel for Petitioners*

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

By: *S/ Alan E. Littmann*
Alan E. Littmann (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
191 N. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 881-5969
Facsimile: (312) 380-7019
Email: alittmann@goldmanismail.com

*Attorney for Defendant Major League Baseball Advanced Media, L.P.*